IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| Leon D. Humphries | Case No. 13-58138-CRM |
| Debtor. | JUDGE C. RAY MULLINS |

### OBJECTION TO CLAIMs OF CENTENNIAL BANK
### [SCHEDULED, UNFILED CLAIMS]

**COMES NOW** Leon Douglas Humphries, the Debtor and Debtor-in-Possession of the above-referenced bankruptcy case, and makes this Objection to Claims of Centennial Bank ("Creditor"), respectfully showing the Court as follows:

1. Debtor filed this case under Chapter 11 of the United States Bankruptcy Code on April 18, 2013. Debtor is serving as the Debtor-in-Possession in this case. There has been no plan confirmed in this case.

2. Creditor filed proofs of claim numbers 3 and 4 on August 30, 2013, for unsecured claims in the amounts of $106,586.34 and $312,000.78, respectively.

3. Debtor scheduled unsecured claims for Creditor in the following amounts: $418,350.00, $127,400.00, $70,875.51, and $268,511.11. None of these claims were scheduled as disputed, contingent, or unliquidated.

4. Section 1111(a) of the Bankruptcy Code provides that in a Chapter 11 case claims that are scheduled are deemed to be filed pursuant to Section 501(a) unless they are filed as disputed, contingent, or unliquidated.

5. Debtor is unable to determine which of the claims he anticipated match the claims filed by Creditor.

6. Accordingly, Debtor seeks an Order from this Court disallowing the scheduled but unfiled claims of Creditor and allowing the filed claims.

**WHEREFORE**, Debtor prays this Court for an order disallowing the scheduled but unfiled claims of Centennial Bank in full and for all such other and further relief as this Court deems equitable and just.

This 28th day of October, 2013.

                                                **CUMMINGS & KELLEY P.C.**

By:   /s/ CHARLES N. KELLEY, JR.
       Charles N. Kelley, Jr.
       Georgia State Bar No. 412212
       Attorneys for Debtors in Possession

P.O. Box 2758
Gainesville, Georgia 30503
(770) 531-0007

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| Leon D. Humphries | Case No.  13-58138-CRM |
| Debtor. | JUDGE C. RAY MULLINS |

### NOTICE OF HEARING

PLEASE TAKE NOTICE that Leon D. Humphries, the Debtor and Debtor-in-Possession has filed an Objection to the Claims of Centennial Bank (Scheduled, unfiled claims ) (the "Objection").

PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on the Objection in Courtroom 1203, United States Courthouse, 75 Spring Street, S.W., Atlanta, Georgia 30303, at 11:00 a.m. on December 19, 2013.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Spring Street, S.W., Atlanta, Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

This 28th day of October, 2013.

**CUMMINGS & KELLEY P.C.**

By:     /s/ CHARLES N. KELLEY, JR.
Charles N. Kelley, Jr.
Georgia State Bar No. 412212
Attorneys for Debtors in Possession

P.O. Box 2758
Gainesville, Georgia 30503
(770) 531-0007

## CERTIFICATE OF SERVICE

I hereby certify that I did this day serve a true and correct copy of the above and foregoing Objection to Proof of Claim upon Community & Southern Bank, the creditor named therein, by placing a copy of the same in the United States mail, first class postage prepaid, addressed to: Centennial Bank, Attn: Sherry McGinn, 635 East Baldwin Road, Panama City, FL 33405 and to Centennial Bank, PO Box 966, Conway, AR 72033.

This 28th day of October, 2013.

**CUMMINGS & KELLEY P.C.**

By:   /s/ CHARLES N. KELLEY, JR.
Charles N. Kelley, Jr.
Georgia State Bar No. 412212
Attorneys for Debtors in Possession

P.O. Box 2758
Gainesville, Georgia 30503
(770) 531-0007S