IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| In re: | Chapter 11 |
|---|---|
| LEON DOUGLAS HUMPRHIES, | Case No. 13-58138-CRM |
| Debtor. | Judge Mullins |

DEBTOR'S SECOND AMENDMENT TO PLAN OF REORGANIZATION

COMES NOW Leon Douglas Humphries ("Debtor") and files this Second Amendment to Plan of Reorganization ("Second Amendment"), respectfully showing the Court as follows:

1.   Debtor filed his First Amended Plan [Docket No. 159] on December 1, 2015 (the "Plan"), and his Second Amended Disclosure Statement [Docket No. 168] on January 7, 2016 (the "Disclosure Statement").

2.   The Court entered an Order approving the Disclosure Statement and setting deadlines for voting and objections on January 12, 2016.

3.   Community & Southern Bank ("CSB") is creditor in this case and holds claims in Classes 1 and 2 pursuant to the Plan.

4.   CSB has filed an Objection to Confirmation and a Ballot rejecting the Plan.

5.   After consultation between counsel for Debtor and counsel for CSB the parties have agreed to resolve CSB's objection by amending the Plan as follows.

6.   In accordance with Sections 1125 and 1127 of the Bankruptcy Code, Debtor modifies the Plan as set forth in this Second Amendment. The changes made by

this Second Amendment only clarify language and do not materially or adversely affect the rights of any parties in interest.

7. CSB has stipulated and agreed that this Second Amendment resolves its objections to the Plan and that it does not object to the Plan as amended by this Second Amendment and that it accepts the Plan as amended by this Second Amendment.

8. The Plan is modified as follows:

   a. Section III.B.1.a is deleted in its entirety and replaced with the following language: "Class 1 consists of any claims secured by real or personal property of Debtor. Upon information and belief Debtor states that there are no claims in Class 1."

   b. Section III.B.1.b is deleted in its entirety and replaced with the following language: "The Debtor will surrender to the Class 1 Claimants all property securing their claim. Debtor does not believe that there is any property remaining that secures any claim. The balance of any Class 1 Claim not paid hereunder will be treated as a Class 3 General Unsecured Claim and paid *pro rata* with all remaining Class 3 Claims."

   c. Section III.B.3.a is deleted in its entirety and replaced with the following language: "Class 3 consists of the Claims of Holders of General Unsecured Claims and the unsecured portion of any Class 1 Claims that are not included in the Class 4 Convenience Class. Class 3 will include the entire claim of Community & Southern Bank."

9. Except as set forth in this Second Amendment all terms and provisions of the Plan remain in full force and effect.

Dated: February 23, 2016.

**KELLEY & CLEMENTS LLP**

By: /s/ *Charles N. Kelley, Jr.*
Charles N. Kelley, Jr.
Georgia State Bar No. 412212
Attorneys for Debtor

P.O. Box 2758
Gainesville, Georgia 30503
(770) 531-0007
ckelley@kelleyclements.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| In re: | Chapter 11 |
|---|---|
| LEON DOUGLAS HUMPRHIES, | Case No. 13-58138-CRM |
| Debtor. | Judge Mullins |

CERTIFICATE OF SERVICE

    I hereby certify that I am over 18 years of age and that I did this day serve a true and correct copy of the above and foregoing Debtor's Second Amendment to Plan of Reorganization by electronic mail upon the following at the electronic mail address shown for such person:

Madeleine G. Kvalheim      mkvalheim@bakerdonelson.com

Vivieon E. Kelley      vivieon.e.kelley@usdoj.com

    Dated: February _____, 2016.

**KELLEY & CLEMENTS LLP**

By:    */s/ Charles N. Kelley, Jr.*
      Charles N. Kelley, Jr.
      Georgia State Bar No. 412212
      Attorneys for Debtor

P.O. Box 2758
Gainesville, Georgia 30503
(770) 531-0007
ckelley@kelleyclements.com