IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LEON DOUGLAS HUMPHRIES, | ) | Case No. 13-58138-CRM |
| | ) | |
| Debtor. | ) | |

DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)

FOR THE PERIOD
FROM FEBRUARY 1, 2016 TO FEBRUARY 29, 2016

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated: March 9, 2016.

                                              **KELLEY & CLEMENTS LLP**

                              By:    */s/ Charles N. Kelley, Jr.*
                                        Charles N. Kelley, Jr.
                                        Georgia State Bar No. 412212

P.O. Box 2758
Gainesville, Georgia 30503-2758
(770) 531-0007

# SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

|  | Month February 2016 | Cumulative Total |
|---|---|---|
| **CASH - Beginning of Month** |  | $1372.65 |
|  |  |  |
| **CASH RECEIPTS** |  |  |
| Salary or Cash from Business | 4135.94 |  |
| Wages from Other Sources (attach list to this report) Rentals | 744.00 |  |
| Interest or Dividend Income | 1745.29 |  |
| Alimony or Child Support |  |  |
| Social Security/Pension/Retirement |  |  |
| Sale of Household Assets (attach list to this report) |  |  |
| Loans/Borrowing from Outside Sources (attach list to this report) |  |  |
| Other (specify) (attach list to this report) |  |  |
|  |  |  |
| **TOTAL RECEIPTS** | 6625.23 | 7997.88 |
|  |  |  |
| **CASH DISBURSEMENTS** |  |  |
| Alimony or Child Support Payments |  |  |
| Charitable Contributions | 500.00 |  |
| Gifts | 316.51 |  |
| Household Expenses/Food/Clothing | 737.57 |  |
| Household Repairs & Maintenance | 303.85 |  |
| Insurance | 73.80 |  |
| IRA Contribution |  |  |
| Lease/Rent Payments |  |  |
| Medical/Dental Payments |  |  |
| Mortgage Payment(s) |  |  |
| Other Secured Payments |  |  |
| Taxes - Personal Property |  |  |
| Taxes - Real Estate |  |  |
| Taxes Other (attach schedule) | (illegible) |  |
| Travel & Entertainment | 595.32 |  |
| Tuition/Education |  |  |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | 761.39 |  |
| Vehicle Expenses | 202.25 |  |
| Vehicle Secured Payment(s) |  |  |
| U. S. Trustee Quarterly Fees | 649.39 |  |
| Professional Fees (Legal, Accounting) |  |  |
| Other (attach schedule) Discover Identity Theft | 5.99 |  |
| Credit on Discover | -21.34 |  |
| Cash Back Bonus on Discover | -580.66 |  |
|  |  |  |
| **Total Household Disbursements** | 3344.07 | 4653.81 |
|  |  |  |
| **CASH - End of Month** (Must equal reconciled bank statement- Attachment No. 2) |  | 4653.81 |

Monthly Operating Report - Individual

February

| # | Date | Description | Charitable Contribution | Gifts | Household Food/Clothing | Household Repair/Main |
|---|---|---|---|---|---|---|
| 480 | 1/19 | LeAnne Brown – Linda's cell | | | | |
| 481 | 2/1 | Gulf Power – Fla. #6 | | | | |
| 482 | 2/1 | Oceanna Condo Assoc. – Dues | | | | 287.11 |
| 483 | 2/1 | Sawnee EMC – Lake house | | | | |
| 484 | 2/1 | City of Sugar Hill | | | | |
| 485 | 2/1 | U.S. Trustee (on back) | | | | |
| 486 | 2/1 | Gwinnett Co. Water Resources | | | | |
| 487 | 2/1 | Discover (on back) | | | | |
| 488 | 2/16 | Gwinnett Co. Tax Commissioner – Car Tag | | | | |
| 489 | 2/16 | Winters Chapel United Methodist Church – offering | 300.00 | | | |
| 490 | 2/2 | BlueCross/Blue Shield – Drug Plan | | | | |
| 491 | 2/24 | Did not clear bank | | | | |
| 492 | 2/24 | Sawnee EMC – Lake house | | | | |
| 493 | 2/24 | Atlanta Journal – Subscription | | | | |
| 494 | 2/24 | Gulf Power – Fla. #6 | | | | |
| | 2/5 | Curves – withdrawal | | | | |
| | 2/22 | Ga. Power – withdrawal | | | | |
| | | | | | | DTG |
| | | | | 316.51 | 737.51 | 16.07 |
| | | TOTALS | 300.00 | 316.51 | 737.57 | 303.86 |

2016

| INSURANCE | Medical Expense | TAXES Personal/Prop. | TAXES Real Estate | TAXES Other | Travel Entertainment | Utilities | Vehicle EXPENSE |
|---|---|---|---|---|---|---|---|
| | | | | | | 160.00 | |
| | | | | | | 34.79 | |
| | | | | | | | |
| | | | | | | 98.07 | |
| | | | | | | 70.28 | |
| | | | | | | | |
| | | | | | | 40.00 | |
| | | | | | | | |
| | | | | | | | 20.00 |
| | | | | | | | |
| 73.80 | | | | | | | |
| | | | | | | | |
| | | | | | | 60.81 | |
| | | | | | 127.19 | | |
| | | | | | | 64.93 | |
| | | | | | 39.00 | | |
| | | | | | | 134.66 | |

O ER Bill = 1163.37

| | | | | | 429.13 | 777.85 | 182.25 |
| | | | | | | | |
| 73.80 | | | | | 595.32 | 761.39 | 202.25 |

February

| | U.S. Trustee Professional Q-fees | | DISCOVER | Other |
|---|---|---|---|---|
| #7485 2/1 - US Trustee | 649.39 | | | |
| #5487 2/11 Discover | | | (1163.37) | |
| Cash Back Bonus on Discover | | | -580.66 | |
| Discover Identity Theft | | | | 5.99 |
| Credit on Discover From Walmart | | | | -21.34 |
| TOTAL | 649.39 | | -580.66 | -15.35 |

**REGIONS**

Regions Bank
Norcross
5935 Buford Highway
Norcross, GA 30071



00008365 01 AT 0.413 001
LEON D HUMPHRIES
DEBTOR IN POSSESSION
5330 SUWANEE DAM RD
SUWANEE GA 30024-1720

ACCOUNT #

Cycle 060
Enclosures 25
Page 0
1 of 2

## LIFEGREEN CHECKING
January 30, 2016 through February 29, 2016

### SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | $1,372.65 | Minimum Balance | $3,342 |
| Deposits & Credits | $6,625.23 + | Average Balance | $4,620 |
| Withdrawals | $193.66 − | | |
| Fees | $0.00 − | | |
| Automatic Transfers | $0.00 + | | |
| Checks Converted | $1,263.09 − | | |
| Checks | $1,887.32 − | | |
| Ending Balance | $4,653.81 | | |

### DEPOSITS & CREDITS

| Date | Description | Amount |
|---|---|---|
| 02/01 | Deposit - Thank You | Pay ✓ — 2,067.97 |
| 02/02 | Deposit - Thank You | Div. CK — 1,745.29 |
| 02/09 | Deposit - Thank You | Fin #5 — 450.00 |
| 02/11 | Deposit - Thank You | Sage st. — 294.00 |
| 02/16 | Deposit - Thank You | Pay ✓ — 2,067.97 |

Total Deposits & Credits   $6,625.23

### WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 02/05 | Curves Buford/FL Payment Humphries, Lin | 39.00 |
| 02/22 | Gpc    Gpc EFT leon humphries | 154.66 |

Total Withdrawals   $193.66

| | Total For This Statement Period | Total Calendar Year-to-Date |
|---|---|---|
| Total Overdraft Fees (may include waived fees) | 0.00 | 0.00 |
| Total Returned Item Fees (may include waived fees) | 0.00 | 0.00 |



Regions Bank
Norcross
5935 Buford Highway
Norcross, GA 30071

LEON D HUMPHRIES
DEBTOR IN POSSESSION
5330 SUWANEE DAM RD
SUWANEE GA 30024-1720

ACCOUNT #

|  |  |
|---|---|
| Cycle | 060 |
| Enclosures | 25 |
| Page | 0 |
|  | 2 of 2 |

## CHECKS CONVERTED BY MERCHANT TO ELECTRONIC WITHDRAWALS

| Date | Check No. | Description of Check Payment |  | Amount |
|---|---|---|---|---|
| 02/02 | 2481 | Gulf Power | Gulf Arc 3921045000 | 34.79 |
| 02/16 | 2487 | Discover Arc | Payments 5981 | 1,163.37 |
| 02/29 | 2494 | Gulf Power | Gulf Arc 3921045000 | 64.93 |
|  |  |  | **Total Checks Converted** | **$1,263.09** |

Checks that are converted by a merchant to an electronic withdrawal are not returned to Regions. Therefore, if you receive check enclosures or check images with your monthly statement, checks listed above are not included with this statement.

## CHECKS

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|
| 02/02 | 2480 | 160.00 | 02/17 | 2488 * | 20.00 |
| 02/25 | 2482 * | 287.78 | 02/22 | 2489 | 300.00 |
| 02/01 | 2483 | 98.07 | 02/29 | 2490 | 73.80 |
| 02/04 | 2484 | 70.28 | 02/26 | 2492 * | 60.81 |
| 02/02 | 2485 | 649.39 | 02/29 | 2493 | 127.19 |
| 02/12 | 2486 | 40.00 |  |  |  |
|  |  |  |  | **Total Checks** | **$1,887.32** |

\* Break in Check Number Sequence. Missing items may appear in the "Checks Converted by Merchant to Electronic Withdrawals" section of the statement.

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 02/01 | 3,342.55 | 02/11 | 4,878.38 | 02/25 | 4,980.54 |
| 02/02 | 4,243.66 | 02/12 | 4,838.38 | 02/26 | 4,919.73 |
| 02/04 | 4,173.38 | 02/16 | 5,742.98 | 02/29 | 4,653.81 |
| 02/05 | 4,134.38 | 02/17 | 5,722.98 |  |  |
| 02/09 | 4,584.38 | 02/22 | 5,268.32 |  |  |

You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.

For all your banking needs, please call 1-800-REGIONS (734-4667).
or visit us on the Internet at www.regions.com.

Thank You For Banking With Regions!

# DISCOVER

Discover® More® Card
Account number ending in 9818
Open Date: Dec 24, 2015 - Close Date: Jan 23, 2016
Page 3 of 4

## CONTACT US

 **Web** Access your account securely at Discover.com

 **Mobile** Manage your account anytime, anywhere at m.Discover.com

 **Phone** 1-800-DISCOVER (1-800-347-2683) TDD 1-800-347-7449

 **Inquiry** Discover PO Box 30943 Salt Lake City UT 84130

 **Mail Payments** Discover PO Box 6103 Carol Stream IL 60197-6103

## Transactions

| | Trans. Date | Post Date | | | |
|---|---|---|---|---|---|
| **Payments and Credits** | Jan 5 | Jan 5 | PAYMENT - THANK YOU | $ | -2,603.71 |
| | Jan 6 | Jan 10 | WAL-MART SC - #3462 SUWANEE GA — gifts | | -21.34 |
| **Merchandise** | Dec 22 | Dec 24 | DICK'S CLOTHING&SPORTING CUMMING GA — gifts | $ | 157.76 |
| | Jan 4 | Jan 4 | WAL-MART SC - #0878 CUMMING GA — gifts | | 105.26 |
| | Jan 4 | Jan 4 | GAMESTOP #5709 CUMMING GA — gifts | | 53.49 |
| | Jan 5 | Jan 5 | BEVERAGE SUPERSTORE II SUWANEE GA ) entertainment | | 38.14 |
| | Jan 16 | Jan 16 | BEVERAGE SUPERSTORE II SUWANEE GA | | 21.19 |
| **Restaurants** / entertainment | Dec 22 | Dec 24 | JIMMY JOHNS - 2114 CUMMING GA | $ | 11.75 |
| | Dec 27 | Dec 27 | WAFFLE HOUSE 1848 BUFORD GA | | 18.00 |
| | Jan 3 | Jan 3 | THE CROSSING ATLANTA GA | | 29.19 |
| | Jan 4 | Jan 4 | LEVELUPSTEAKNSHAKE933 855-538-3542 MA | | 36.57 |
| | Jan 7 | Jan 7 | SOUTHERN COOKING DORAVILLE GA | | 13.70 |
| | Jan 8 | Jan 8 | LOS RIOS MEXICAN RESTAUR CUMMING GA | | 47.84 |
| | Jan 10 | Jan 10 | HAMMERHEADS SEAFOOD & SUWANEE GA | | 29.70 |
| | Jan 10 | Jan 10 | SUNSHINE CHINESE AND THA SUWANEE GA | | 16.90 |
| | Jan 15 | Jan 15 | LOS RIOS MEXICAN RESTAUR CUMMING GA | | 20.47 |
| | Jan 16 | Jan 16 | PF CHANGS #7100 BUFORD GA | | 20.20 |
| | Jan 17 | Jan 17 | RUBY TUESDAY #2985 DULUTH GA | | 38.65 |
| | Jan 18 | Jan 18 | COASTAL BREEZE BUFFORD GA | | 42.42 |
| **Other/Miscellaneous** | Jan 13 | Jan 13 | IDENTITY THEFT PROTECT 800-347-3089 UT Other | $ | 5.99 |
| **Gasoline** Vehicle Expense | Dec 24 | Dec 24 | KROGER FUEL #1426 SUWANEE GA | $ | 22.88 |
| | Dec 27 | Dec 27 | KROGER FUEL #1426 SUWANEE GA | | 29.06 |
| | Jan 5 | Jan 5 | KROGER FUEL #1426 SUWANEE GA | | 33.12 |
| | Jan 10 | Jan 10 | KROGER FUEL #1426 SUWANEE GA | | 23.33 |
| | Jan 11 | Jan 11 | KROGER FUEL #1426 SUWANEE GA | | 31.87 |
| | Jan 16 | Jan 16 | KROGER FUEL #1426 SUWANEE GA | | 26.99 |
| **Travel/Entertainment** | Dec 22 | Dec 24 | 070864 MOVIES 400 CUMMING GA Ent | $ | 27.55 |
| | Dec 22 | Dec 24 | 070864 MOVIES 400 CUMMING GA Ent | | 16.86 |
| **Services** | Dec 31 | Dec 31 | ACKERMAN 800-552-1111 GA Utilities-Security AQ136753 4941253A | $ | 77.85 |
| | Jan 7 | Jan 7 | PCA ATLANTA LOT 72 A ATLANTA GA — Parking-Court-Vehicle | | 12.00 |
| | Jan 7 | Jan 7 | AAA PARK GRADY HOSPITAL ATLANTA GA — Vehicle expense | | 3.00 |
| | Jan 15 | Jan 15 | MAJIK TOUCH CLEANERS SUWANEE GA — Household Maint. | | 16.07 |
| **Supermarkets** | Dec 23 | Dec 24 | KROGER #426 SUWANEE GA Food | $ | 232.69 |
| | Dec 24 | Dec 24 | KROGER #426 SUWANEE GA | | 19.30 |
| | Jan 6 | Jan 6 | KROGER #426 SUWANEE GA | | 72.78 |
| | Jan 13 | Jan 13 | KROGER #426 SUWANEE GA | | 198.40 |
| | Jan 16 | Jan 16 | KROGER #426 SUWANEE GA | | 3.00 |
| | Jan 20 | Jan 20 | KROGER #426 SUWANEE GA | | 106.84 |

**NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION**

Account number ending in 7818    Open Date: Dec 24, 2015 - Close Date: Jan 23, 2016    Page 4 of 4

## Transactions - continued

| | Trans. Date | Post Date | | | |
|---|---|---|---|---|---|
| Warehouse Clubs | Dec 29 | Dec 29 | SAMS CLUB - #4780 BUFORD GA  *Food* | $ | 104.56 |
| Fees | | | TOTAL FEES FOR THIS PERIOD | $ | 0.00 |
| Interest Charged | | | TOTAL INTEREST FOR THIS PERIOD | $ | 0.00 |

## 2016 Totals Year-to-Date

| | | |
|---|---|---|
| TOTAL FEES CHARGED IN 2016 | $ | 0.00 |
| TOTAL INTEREST CHARGED IN 2016 | $ | 0.00 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

Current Billing Period: 31 days

| TYPE OF BALANCE | ANNUAL PERCENTAGE RATE (APR) | BALANCE SUBJECT TO INTEREST RATE | INTEREST CHARGE |
|---|---|---|---|
| Purchases | 16.99% | $0.00 | $0.00 |
| Cash Advances | 23.99% | $0.00 | $0.00 |

V=Variable Rate

## Information For You

For more information about how interest charges are calculated see your Cardmember Agreement or go to www.discover.com/interestcharges

### FICO® Credit Score Terms

Your FICO® Credit Score and key factors are based on data from TransUnion and may be different from other credit scores. This information is intended for and only provided to Primary cardmembers who have an available score. See **Discover.com/FICO** about the availability of your score. Your score is provided on the statement for individual accounts and on Discover.com with key factors for individual and joint accounts. You will see up to a year of recent scores starting when you become a cardmember. Discover and other lenders may use different inputs, such as a FICO® Credit Score, other credit scores and more information in credit decisions. This benefit may change or end in the future. FICO is a registered trademark of the Fair Isaac Corporation in the United States and other countries.

If you prefer not to receive your FICO® Credit Score on your statement, just call us at 1-800-DISCOVER (1-800-347-2683). Please give us two billing cycles to process your request. To learn more, visit Discover.com

### Availability of FICO® Credit Score

As an active cardmember, you may see your FICO® Credit Score on your monthly statement or online. Reasons why you may not see your FICO® Credit Score include: if you have a joint account; if you opt out; if you have key information that is mismatched or missing, as one example, an address change that has not been updated with Discover or TransUnion; if your credit history is too new; if your account status is abandoned, bankrupt, fraud, lost or stolen, closed, revoked, or charged off; if you have a foreign address; or if you have no account activity such as no purchase transactions, fees, interest, or payments for approximately 30 days.

### Discover Account Payments Discontinued at Sears

Effective February 1, 2016, cardmembers will no longer have the option to make any payments to their Discover account at Sears locations. You will continue to have the option to make payments online by visiting our website at Discover.com, by calling us at 1-800-DISCOVER (1-800-347-2683), or by mailing us a check.