**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

In Re:  Debtor(s)
**Leon Douglas Humphries**
5330 Suwanee Dam Road
Suwanee, GA 30024

xxx–xx–7177

Case No.: **13–58138–crm**
Chapter: **11**
Judge: **C. Ray Mullins**

### NOTICE OF CONFIRMATION OF CHAPTER 11 PLAN

**NOTICE IS HEREBY GIVEN** pursuant to Federal Rules of Bankruptcy Procedure 3020(c) that an order confirming the plan of the above–named Debtor(s) was entered on **April 4, 2016** .

_____
M. Regina Thomas
Clerk of Court
U.S. Bankruptcy Court

Dated:  April 4, 2016

Form 11c