UNITED STATES BANKRUPTCY COURT

Northern District of Georgia

In Re: Debtor(s)
**Leon Douglas Humphries**
5330 Suwanee Dam Road
Suwanee, GA 30024

xxx−xx−7177

Case No.: **13−58138−crm**
Chapter: **11**
Judge: **C. Ray Mullins**

NOTICE OF CONFIRMATION OF CHAPTER 11 PLAN

**NOTICE IS HEREBY GIVEN** pursuant to Federal Rules of Bankruptcy Procedure 3020(c) that an order confirming the plan of the above−named Debtor(s) was entered on **April 4, 2016** .

_____

M. Regina Thomas
Clerk of Court
U.S. Bankruptcy Court

Dated: April 4, 2016

Form 11c

United States Bankruptcy Court
Northern District of Georgia

In re:                                                                Case No. 13-58138-crm
Leon Douglas Humphries                                                Chapter 11
         Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-9         User: ramos              Page 1 of 2            Date Rcvd: Apr 04, 2016
                             Form ID: 11c             Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2016.
```
db           +Leon Douglas Humphries,    5330 Suwanee Dam Road,    Suwanee, GA 30024-1720
smg           Secretary of the Treasury,    15th & Pennsylvania Avenue, NW,    Washington, DC 20200
cr            COMMUNITY AND SOUTHERN BANK,    Busch, Slipakoff & Schuh, LLP,    3330 Riverwood Pkwy. Ste 300,
              Atlanta, GA 30339
cr           +EF Capital Collections LLC,    Capital Recovery Advisors,    2400 Augusta Drive,    Ste 212,
              Houston, TX 77057-4998
cr            United Community Bank,    c/o Stites & Harbison, PLLC,    303 Peachtree Street, NE,
              2800 SunTrust Plaza,    Atlanta, GA 30308
16917934      A&A Recycling Service,    1469 Claude Brewer Road,    Loganville, GA 30052
16917935     +Beckor & Polakoff,    121 Alhambra Plaza,    10th Floor,   Miami, FL 33134-4540
16917936     +Bob Downing & Co.,    P.O. Box 1188,    Cleveland, GA 30528-0023
17345880      Centennial Bank,    ATTN: Sherry McGinn,    635 East Baldwin Road,    Panama City, 33405
16917938     +City of Buford,    2300 Buford Hwy.,    Buford, GA 30518-6044
16917939     +Community & Southern Bank,    Mathew A. Schuh,    3330 Cumberland Boulevard,    Suite 300,
              Atlanta, GA 30339-5985
17505759      Community & Southern Bank,    333 Riverwood Parkway,    Ste. 350,    Atlanta, GA 30339
16917940     +David Benfield,    903 Shady Lane,    Toccoa, GA 30577-8304
16917941     +Develop. Planning & Eng. Inc.,    5074 Bristol Ind. Way,    Ste. A,   Buford, GA 30518-1743
16917942     +Don Ferguson, Esq.,    34 W. Jarrard,    Cleveland, GA 30528-1120
19617721     +EF Capital Collections LLC,    2400 Augusta Drive, Ste. 212,    Houston, TX 77057-4998
16917944     +Greg Smith,    P.O. Box 18008,    Panama City, FL 32417-8008
16917946     +H&M Humphries Ltd. Partnership,    5330 Suwanee Dam Road,    Suwanee, GA 30024-1720
16917947     +Harrison, Sale, Thompson,    P.O. Drawer 1579,    Panama City, FL 32402-1579
16917948     +Harrison, Sale, Thompson Stock,    P.O. Drawer 1579,    Panama City, FL 32402-1579
16917949      Karl Holbrook, Inc.,    P.O. Box 169,    Ranger, GA 30734
16917950     +Landtec Engineering,    1424 Buford Bus Blvd.,    #100,   Buford, GA 30518-9249
16917951     +Plymouth Park Tax Services,    c/o Vesta Holdings LLC,    1266 W. Paces Ferry Rd, Bx 517,
              Atlanta, GA 30327-2306
16917952     +R. Patterson Jackson,    SABAL Financial,    465 N. Halstead St., Ste 130,
              Pasadena, CA 91107-3144
16917955     +RW Davis Oil Co.,    4383 Lilburn Industrial Way,    Lilburn, GA 30047-2930
16917953     +Recover Edge,    Miles Patterson Handsford Tall,    202 Tribble Gap Rd., Ste. 200,
              Cumming, GA 30040-2540
16917956     +United Community Bank,    PO Box 398,    Blairsville, GA 30514-0398
16964614      United Community Bank,    c/o Melissa Davey, Esq.,    303 Peachtree Street, NE,
              2800 Suntrust Plaza,    Atlanta, Georgia 30308
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: cio.bncmail@irs.gov Apr 04 2016 21:35:53      Internal Revenue Service,
              P. O. Box 7346,    Philadelphia, PA 19101-7346
smg           E-mail/Text: atlreorg@sec.gov Apr 05 2016 09:44:32      U. S. Securities and Exchange Commission,
              Office of Reorganization,    Suite 900,    950 East Paces Ferry Road, NE,
              Atlanta, GA 30326-1382
ust          +E-mail/Text: ustpregion21.at.ecf@usdoj.gov Apr 04 2016 21:36:36      Guy G. Gebhardt,
              Acting United States Trustee,    362 Richard Russell Bldg,    75 Spring Street,
              Atlanta, GA 30303-3315
cr           +E-mail/Text: bk@capitalrecoveryadvisors.com Apr 04 2016 21:36:51      RecoverEdge,
              c/o Capital Recovery Advisors,    Stephen R. Tumminello, Esq.,    2400 Augusta Dr., Ste. 212,
              Houston, TX 77057-4998
cr           +E-mail/Text: bk@capitalrecoveryadvisors.com Apr 04 2016 21:36:51      RecoverEdge, LLP,
              2400 Augusta Drive,    Suite 212,    Houston, TX 77057-4998
16917937     +E-mail/Text: Bankruptcy@my100bank.com Apr 04 2016 21:37:58      Centennial,    P.O. Box 966,
              Conway, AR 72033-0966
16917945     +E-mail/Text: tceb@gwinnettcounty.com Apr 04 2016 21:35:29      Gwinnett County Tax Comm.,
              P.O. Box 372,    Lawrenceville, GA 30046-0372
17394992     +E-mail/Text: bk@capitalrecoveryadvisors.com Apr 04 2016 21:36:51      RecoverEdge, L.P.,
              Capital Recovery Advisors,    2400 Augusta Dr., Ste 212,    Houston, TX 77057-4998
16917954     +E-mail/Text: newbk@Regions.com Apr 04 2016 21:37:11      Regions Bank,    P.O. Box 1984,
              Birmingham, AL 35201-1984
                                                                                              TOTAL: 9
```

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
unk           Rex A. Millsaps
16956258*    +INTERNAL REVENUE SERVICE,   P O BOX 7346,    2970 MARKET STREET,    PHILADELPHIA, PA 19104-5002
16917943    ##+Glenn Pirkle Electric,    P.O. Box 325,    Buford, GA 30515-0325
                                                                                     TOTALS: 1, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 113E-9                   User: ramos                    Page 2 of 2                    Date Rcvd: Apr 04, 2016
                                       Form ID: 11c                   Total Noticed: 37

             ***** BYPASSED RECIPIENTS (continued) *****
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 06, 2016                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 4, 2016 at the address(es) listed below:
              Charles N. Kelley, Jr    on behalf of Debtor Leon Douglas Humphries ckelley@kelleyclements.com,
               twinkler@cummingskelley.com;cummingskelley@gmail.com
              Charles N. Kelley, Jr.    on behalf of Debtor Leon Douglas Humphries ckelley@kelleyclements.com,
               twinkler@cummingskelley.com;cummingskelley@gmail.com
              Gary A. Barnes     on behalf of Creditor    COMMUNITY AND SOUTHERN BANK gbarnes@bakerdonelson.com,
               mparris@bakerdonelson.com;kfurr@bakerdonelson.com;mkvalheim@bakerdonelson.com;bswitzer@bakerdonel
               son.com
              Heather D. Bock    on behalf of Creditor    Centennial Bank hb@mccallaraymer.com,
               BankruptcyECFMail@mccallaraymer.com
              Kimberly D. Rayborn    on behalf of Creditor    Centennial Bank krayborn@bwnfirm.com
              Kimberly D. Rayborn    on behalf of Creditor    COMMUNITY AND SOUTHERN BANK krayborn@bwnfirm.com,
               mhicks@bwnfirm.com
              Madeleine G. Kvalheim    on behalf of Creditor    COMMUNITY AND SOUTHERN BANK
               mkvalheim@bakerdonelson.com
              Mathew A. Schuh    on behalf of Creditor    COMMUNITY AND SOUTHERN BANK mschuh@kkgpc.com
              Melissa J. Davey    on behalf of Creditor    United Community Bank mdavey@stites.com,
               mdelatte@stites.com
              Ron C. Bingham, II    on behalf of Creditor    United Community Bank
               lsarasola@stites.com;rbingham@bakerdonelson.com;mdelatte@stites.com;mdavey@stites.com;lsarasola@b
               akerdonelson.com
              Vivieon E. Kelley    on behalf of U.S. Trustee Guy G. Gebhardt vivieon.e.kelley@usdoj.gov
              Wendy Wolfenbarger Kraby    on behalf of Creditor    RecoverEdge, LLP wkraby@mphtlaw.com
                                                                                             TOTAL: 12
```