**IT IS ORDERED as set forth below:**



**Date: October 21, 2016**

_____

C. Ray Mullins
U.S. Bankruptcy Court Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| In re: | Chapter 11 |
|---|---|
| LEON DOUGLAS HUMPRHIES, | Case No. 13-58138-CRM |
| Debtor. | Judge Mullins |

<u>**ORDER GRANTING MOTION TO CLOSE AND WAIVE FILING FEES**</u>

The above-captioned case came before the Court on October 20, 2016, for consideration of Leon Douglas Humphries' (the "Debtor") Motion to Administratively Close Case and Waive Filing Fees (the "Motion") filed on July 28, 2016 [Docket No. 198]. In the Motion, the Debtor requested that the case be administratively closed in order to allow for the termination of various reporting requirements and that any filing fees associated with the subsequent reopening of the case be waived.

Notice of the hearing was served upon the appropriate parties-in-interest as set forth in the certificate of service on file with the Clerk. Upon review, it appears notice is sufficient and no further notice is required. Based upon a review of the pleadings it appears, good and sufficient cause exists to grant the Motion.

Accordingly, it is hereby ORDERED as follows:

1. The Motion is GRANTED.

2. The case is administratively closed in order to allow for the termination of various reporting requirements. Upon completion of the repayment period, the Debtor will file a motion to reopen the case, provide an accounting, and request entry of a discharge.

3. Any fees associated with reopening this case are waived.

4. Debtor's Attorney shall serve this Order on all parties in interest and file a certificate of such service with the Court.

**END OF DOCUMENT**

Order prepared and presented by:

*/s/ Charles N. Kelley, Jr.*
Charles N. Kelley, Jr.
Georgia State Bar No. 412212
Kelley & Clements LLP
PO Box 2758
Gainesville, Georgia 30503-2758
(770) 531-0007
ckelley@kelleyclements.com